## EX PARTE BRANTLEY.

(Decided July 25, 1914.)

CERTIORARI to Court of Appeals.

BARNETT & BUGG, and FRANK S. STONE, for appellant. R. C. BRICKELL, Attorney General, for appellee.

Per curiam. Petition to review judgment and decision of Court of Appeals in *Charley Brantley v. State*. Writ denied.

---

## EX PARTE CARDEN.

(Decided February 11, 1915.)

CERTIORARI to Court of Appeals.

RIDDLE & ELLIS, for appellant. BROWN, LEEPER & KOENIG, for appellee.

MAYFIELD, J.—Petition for certiorari to review the judgment and decision of the Court of Appeals in case of *Carden v. L. & N. R. R. Co.*, 66 South. 921. Writ denied.

All the Justices concur.

---

## EX PARTE CITY OF ANNISTON.

(Decided July 25, 1914.)

CERTIORARI to Court of Appeals.

S. W. TATE, for appellant. MERRILL & WALKER, for appellee.

GARDNER, J.—Petition to review the judgment and decision of the Court of Appeals in the case of *Ineichen v. City of Anniston*. Petition denied.

All the Justices concur.